Court of Appeals granted. Settle order on notice before Mr. Justice THOMAS. See, also, 121 N. Y. Supp. 1143.

PEOPLE ex rel. ROSENTHAL v. McGOWAN et al. (Supreme Court, Appellate Division, First Department. May 6, 1910.)· Certiorari by the People of the State of New York, on the relation of James M. Rosenthal, against Patrick F. McGowan, President of the Board of Aldermen of New York City, and others, to review the determination of respondents in canceling relator's license as auctioneer, granted pursuant to Greater New York Charter (Laws 1897, c. 378) § 34, as amended by Laws 1907, c. 431. Writ sustained, proceedings of respondents annulled, and relator's license reinstated. Philip Cohen, for relator. Theodore Connoly, for respondents.

PER CURIAM. This case was before this court in Matter of Rosenthal, 133 App. Div. 733, 118 N. Y. Supp. 241. Upon a review of the testimony taken before the president of the board of aldermen, we are unable to see that the relator was connected with the fraud, if any, and therefore we think there was no question presented to the president of the board of aldermen which justified him in revoking the relator's license. It follows that the writ should be sustained, the proceedings of the respondents annulled, and the relator's license reinstated, with $50 costs and disbursements to the relator.

CLARKE, J., dissents.

PEOPLE ex rel. ROSS v. DOOLING et al. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Proceeding by the People of the State of New York, on the relation of Alexander M. Ross, against John T. Dooling and others, composing the Board of Elections of the City of New York. No opinion. Orders affirmed, with costs. See, also, 133 App. Div. 928, 118 N. Y. Supp. 1135.

PEOPLE ex rel. WHEELER, Appellant, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Proceeding by the People of the State of New York, on the relation of Everett E. Wheeler, against the City of New York and others. No opinion. Motion for leave to appeal to the Court of Appeals granted. Settle order before Mr. Justice RICH. See, also, 121 N. Y. Supp. 1143.

PETERSON, Respondent, v. HOLCOMB, Appellant. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Ancel Peterson against John Holcomb. No opinion. Judgment and order unanimously affirmed, with costs.

PETROLEUM PRODUCTS CO., Respondent, v. FELT, Appellant. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by the Petroleum Products Company against Willard O. Felt. W. G. Stanton, for appellant. J. W. Weed, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PHILLIPS, Respondent, v. HOGAN, Appellant. (Supreme Court, Appellate Division, Third Department. March 25, 1910.) In the matter of the summary proceedings by Schuyler C. Phillips against Elizabeth J. Hogan. No opinion. Motion denied.

PLOGER v. BRIGHT. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Anna W. Ploger against Anna W. Bright, as executrix, etc. No opinion. Motion to dismiss appeal granted, with $10 costs. Order ·filed. See, also, 120 N. Y. Supp. 1142.

In re PUBLIC PARK, ETC., IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) In the matter of the application of the City of New York relative to acquiring title, etc., for the opening and extending of the Public Park, etc., in the First Ward, Borough of Queens, etc. No opinion. Order affirmed, with $10 costs and disbursements.

RABINOWITZ et al., Respondents, v. ZRAICK, Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Herman G. Rabinowitz and another against Malake Zraick. No opinion. Judgment of the Municipal Court affirmed, with costs.

RANDO v. NATIONAL PARK BANK OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 15, 1910.) Action by Frank Rando against the National Park Bank of New York. With this case has been consolidated in this court cases bearing titles as follows: People ex rel. James G. Collins v. John F. Ahearn; District No. 1, Independent Order B'nai B'rith v. Goldstein et al.; Leo Frank et al. v. William Bernard. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 121 N. Y. Supp. 1048.

RAPPOLT v. HIRSCH et al. (Supreme Court, Appellate Division, First Department. April 15, 1910.) Action by Carl Rappolt against Louis Hirsch and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

RAYMOND, Respondent, v. TIFFANY, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Irving E. Raymond, as president, etc., against Burnett Y. Tiffany, impleaded with others. B. Tuska, for appellant. L. M. Berkeley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 120 N. Y. Supp. 1143.